Jonathan D. Jaffe (SBN 99022)
Jon.Jaffe@klgates.com
Rachel Chatman (SBN 206775)
Rachel.Chatman@klgates.com
K&L GATES LLP
4 Embarcadero Ctr., Suite 1200
San Francisco, CA 94111
Telephone:    (415) 882-8200
Facsimile:    (415) 882-8220

Attorneys for Defendant
Wachovia Mortgage F.S.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NAULTY and CAROL NAULTY,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.; AMERICAN CAPITAL FINANCIAL SERVICES; JAMES NAULTY; GMAC MORTGAGE LLC; WACHOVIA MORTGAGE F.S.B.; MORTGAGE ELECTONIC REGISTRATION SYSTEMS, INC., all persons currently unknown claiming any legal or equitable interest in the Trust Property, and DOES ONE through ONE HUNDRED, inclusive,<br><br>Defendants. | Case No. 09-cv-01542-MEJ<br><br>JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

Plaintiffs John Naulty and Carol Naulty (collectively "Plaintiffs") and Defendant Wachovia Mortgage F.S.B. ("Defendant"), by and through their respective attorneys of record, hereby stipulate to allow Defendant an extension, pursuant to L.R. 6-1(a) and 7-12, to answer or otherwise respond to the Complaint. Plaintiffs and Defendant have agreed that Defendant must file an answer or otherwise respond to the Complaint by Friday, May 15, 2009.

Dated: April 27, 2009

K&L GATES LLP

By: _____
Rachel Chatman
Attorneys for Wachovia Mortgage F.S.B.

Dated: April 24, 2009

By: _____
Marc L. TerBeek
Attorney for Plaintiffs John Naulty and
Carol Naulty

IT IS SO ORDERED:

Dated: April 28, 2009

_____
Judge Maria-Elena James

*Naulty, et al. v. Greenpoint Mortgage Funding, et al.*       2       Printed on Recycled Paper
**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
Case No. 09-cv-01542-MEJ